UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
 §
NELSON, CHRISTINE ANNE § Case No. 12-08082
 §
 Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF THE U.S. BANKR. CT
    219 S. DEARBORN STREET
    7TH FLOOR
    CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/31/2013 in Courtroom 742,
    United States Courthouse
    219 South Dearborn
    Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/10/2013            By: /s/ Andrew J. Maxwell
                                           Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
                                    §
NELSON, CHRISTINE ANNE              §    Case No. 12-08082
                                    §
          Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 2,776.05 |
| and approved disbursements of | $ | 12.11 |
| leaving a balance on hand of[1] | $ | 2,763.94 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 694.01 | $ 0.00 | $ 694.01 |

| | | |
|---|---:|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 694.01 |
| Remaining Balance | $ | 2,069.93 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,557.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 1,020.44 | $ 0.00 | $ 69.12 |
| 000002 | GE Capital Retail Bank | $ 3,666.26 | $ 0.00 | $ 248.35 |
| 000003 | Wells Fargo Bank, N.A. | $ 5,589.16 | $ 0.00 | $ 378.60 |
| 000004 | Capital One Bank (USA), N.A. | $ 5,432.50 | $ 0.00 | $ 367.99 |
| 000005 | PYOD, LLC its successors and assigns as assignee | $ 14,849.35 | $ 0.00 | $ 1,005.87 |

Total to be paid to timely general unsecured creditors                $ 2,069.93

Remaining Balance                                                    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-08082-CAD
Christine Anne Nelson                                                   Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: kseldon              Page 1 of 2              Date Rcvd: Jan 14, 2013
                               Form ID: pdf006            Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2013.
db          +Christine Anne Nelson,    225 Princeton Street,    Hoffman Estates, IL 60169-3140
19100159     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
              Charlotte, NC 28272-1083
18561557    +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
18561558    +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
18561560     HSBC Card Services,    PO Box 88000,   Baltimore, MD 21288-0001
18561561    +Mb Financial Bank,    6111 N River Rd,   Rosemont, IL 60018-5111
18561562    +Target Credit Card (TC),    C/O Financial & Retail Services,    Mailstop BT  P.O. Box 9475,
              Minneapolis, MN 55440-9475
19001693     Wells Fargo Bank, N.A.,    dba Wells Fargo Dealer Services,    P.O. Box 19657,
              Irvine, CA 92623-9657
18561563    +Wells Fargo Hm Mortgag,    Po Box 10335,   Des Moines, IA 50306-0335
18561564    +Wfs Financial/Wachovia Dealer Srvs,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18987901     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 15 2013 04:59:00
              American InfoSource LP as agent for,    Target,   PO Box 248866,    Oklahoma City, OK  73124-8866
18991730     E-mail/PDF: rmscedi@recoverycorp.com Jan 15 2013 04:32:27      GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18561559    +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2013 04:33:12      Gecrb/home Clmate-lenn,
              Po Box 981439,   El Paso, TX 79998-1439
19355922    +E-mail/Text: resurgentbknotifications@resurgent.com Jan 15 2013 04:18:27
              PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 16, 2013**                      **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: kseldon           Page 2 of 2              Date Rcvd: Jan 14, 2013
                              Form ID: pdf006         Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2013 at the address(es) listed below:
          Andrew J Maxwell, ESQ   maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
          Joel P Fonferko   on behalf of Creditor    WELLS FARGO BANK, N.A. ND-Two@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Stephen S Newland    on behalf of Debtor Christine Anne Nelson steve@newlandlaw.com,
           cate@fairplayparalegal.com;mike@newlandlaw.com
                                                                                                                                     TOTAL: 4