# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                            §
                                  §
NELSON, CHRISTINE ANNE            §       Case No. 12-08082
                                  §
         Debtor(s)                §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

Case 12-08082    Doc 36    Filed 03/18/13    Entered 03/18/13 15:40:42    Desc Main
          Document      Page 5 of 9

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Card Services PO Box 88000 Baltimore, MD 21288-0001 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000002 | GE CAPITAL RETAIL BANK | | | | | |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000003 | WELLS FARGO BANK, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-08082 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | NELSON, CHRISTINE ANNE | | | Date Filed (f) or Converted (c): | 02/29/12 (f) |
| | | | | 341(a) Meeting Date: | 04/23/12 |
| For Period Ending: | 12/31/12 | | | Claims Bar Date: | 08/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family residence located at 225 Princeton S | 217,000.00 | 0.00 | | 0.00 | FA |
| 2. Harris Bank Checking account number ending 2314. | 2,587.00 | 0.00 | | 0.00 | FA |
| 3. Wells Fargo Savings Account. | 700.00 | 0.00 | | 0.00 | FA |
| 4. Usual and necessary household goods and furnishing | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5. Usual and necessary clothing and shoes. | 300.00 | 0.00 | | 0.00 | FA |
| 6. Costume jewlery | 50.00 | 50.00 | | 0.00 | FA |
| 7. Schneider Electric 401(k) Plan | 30,543.27 | 0.00 | | 0.00 | FA |
| 8. Motorola Pension. | 0.00 | 0.00 | | 0.00 | FA |
| 9. Charles Schwab IRA Account No. ending 9351. | 50,595.73 | 0.00 | | 0.00 | FA |
| 10. Charles Scwab IRA Account No. ending 5179. | 12,855.09 | 0.00 | | 0.00 | FA |
| 11. 2011 anticipated income tax refund. | 3,500.00 | 0.00 | | 2,776.00 | FA |
| 12. 2001 Nissan Maxima; over 88K miles; fair condition | 4,100.00 | 1,700.00 | | 0.00 | FA |
| 13. 2011 Harley Davidson FLSTN, over 1,600 miles; good | 13,145.00 | 0.00 | | 0.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.05 | FA |
| TOTALS (Excluding Unknown Values) | $336,376.09 | $2,750.00 | | $2,776.05 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-08082 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | NELSON, CHRISTINE ANNE | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7894  Checking Account |
| Taxpayer ID No: | *******9425 | | |
| For Period Ending: | 12/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 2,769.11 | | 2,769.11 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.71 | 2,767.40 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.76 | 2,765.64 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.70 | 2,763.94 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 2,769.11 | 5.17 | 2,763.94 |
| Less: Bank Transfers/CD's | 2,769.11 | 0.00 | |
| Subtotal | 0.00 | 5.17 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 5.17 | |

Page Subtotals       2,769.11       5.17

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 12-08082 -CAD | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | NELSON, CHRISTINE ANNE | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5376 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9425 | | | |
| For Period Ending: | 12/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 06/11/12 | | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | RCPTS - LIQUID. OF PERSONAL PROP. | 1124-003 | 2,776.00 | | 2,776.00 |
| * 06/11/12 | | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | RCPTS - LIQUID. OF PERSONAL PROP. | 1124-003 | -2,776.00 | | 0.00 |
| 06/11/12 | 11 | Christine Nelson<br>Wells Fargo Bank<br>210 S. Roselle Rd<br>Schaumburg, IL 60193 | RCPTS - LIQUID. OF PERSONAL PROP. | 1124-000 | 2,776.00 | | 2,776.00 |
| 06/29/12 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 2,776.01 |
| 07/31/12 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,776.03 |
| 07/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.64 | 2,772.39 |
| 08/30/12 | 14 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,772.41 |
| 08/30/12 | | Bank of America, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 3.30 | 2,769.11 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 2,769.11 | 0.00 |

Page Subtotals 2,776.05 2,776.05

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 8)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 12-08082 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | NELSON, CHRISTINE ANNE | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5376 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9425 | | |
| For Period Ending: | 12/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,776.05 | 2,776.05 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 2,769.11 | |
| Subtotal | 2,776.05 | 6.94 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2,776.05 | 6.94 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7894 | 0.00 | 5.17 | 2,763.94 |
| Money Market - Interest Bearing - ********5376 | 2,776.05 | 6.94 | 0.00 |
| | 2,776.05 | 12.11 | 2,763.94 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*